IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TODD WEISS, et al.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **07-473-JPG** |
| | ) |
| **VILLAGE of BROOKLYN, et al.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion for a More Definite Statement. **(Doc. 3)**.

Plaintiffs have not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1(g).

Upon consideration and for good cause shown, defendants' Motion for a More Definite Statement **(Doc. 3)** is **GRANTED**. On or before **October 24, 2007**, plaintiffs shall file an amended complaint which complies with the requirements of Fed.R.Civ.P. 8.

Defendants shall file responsive pleadings to the amended complaint in accordance with Fed.R.Civ.P. 15(a).

**IT IS SO ORDERED.**

DATE: October 3, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**