IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TODD WEISS, et al.,**  )
)
    Plaintiff,  )
)
v.  )  Civil No. **07-473-JPG**
)
**VILLAGE of BROOKLYN, et al.,**  )
)
    Defendant.  )

# ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion to Compel. **(Doc. 24)**. Plaintiffs have not responded, and the time for doing so has expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1(g).

Upon consideration and for good cause shown, defendants' Motion to Compel **(Doc. 24)** is **GRANTED**.

Plaintiffs shall respond fully to all of defendants' outstanding discovery requests, without objection, and shall serve their Rule 26 disclosures by **April 25, 2008.**

**IT IS SO ORDERED.**

**DATE: April 16, 2008.**

    **s/ Clifford J. Proud**
    **CLIFFORD J. PROUD**
    **UNITED STATES MAGISTRATE JUDGE**