IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TODD WEISS, et al.,** )
)
    Plaintiff, )
)
v. ) Civil No. **07-473-JPG**
)
**VILLAGE of BROOKLYN, et al.,** )
)
    Defendant. )

## ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion to Strike and Compel. **(Doc. 27)**. Plaintiffs filed a response at **Doc. 28.**

Defendants ask the court to strike the claims of plaintiffs Peggy Hubbard and Evan Burns as a sanction for their failure to answer written discovery. As the claims of those plaintiffs have now been voluntarily dismissed, the motion is moot in that regard. **See, Doc. 33.**

Defendants also seek an order compelling plaintiffs Todd Weiss and Chris Heatherly to serve their initial disclosures pursuant to Fed.R.Civ.P. 26(a). In response, plaintiffs Weiss and Heatherly admit that they failed to timely serve initial disclosures, but state that the information was contained in their responses to interrogatories and requests for production. After the motion was filed, said plaintiffs served disclosures, a copy of which is attached to **Doc. 28.**

Upon consideration and for good cause shown, defendants' Motion to Compel **(Doc. 27)** is **DENIED as moot**.

    **IT IS SO ORDERED.**

    **DATE: September 4, 2008.**

                                             **s/ Clifford J. Proud**
                                             **CLIFFORD J. PROUD**
                                             **UNITED STATES MAGISTRATE JUDGE**