UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TODD WIESS, CHRIS HEATHERLY,
PEGGY HUBARD, EVAN BURNS, and
PATRICK JACKSON,

     Plaintiffs,                        Case No. 07-cv-473 -JPG

     v.

VILLAGE OF BROOKLYN, VILLAGE OF
BROOKLYN POLICE DEPARTMENT,
CHIEF OF POLICE HAROLD JOHNSON,
in his individual and official capacities, and
MAYOR NATHANIEL O'BANNON, III,

     Defendants.

## JUDGMENT

     This matter having come before the Court, the issues having been heard, and the Court having

rendered a decision,

     **IT IS HEREBY ORDERED AND ADJUDGED** that all claims by plaintiffs Peggy Hubard,

Evan Burns, and Patrick Johnson are dismissed without prejudice,

     **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of

defendants Village of Brooklyn, Brooklyn Police Department, Harold Johnson and Nathaniel O'Bannon

and against plaintiffs Todd Weiss and Chris Heatherly on all claims, and that the claims are dismissed

with prejudice.

**DATED: September 9, 2008.**

                              **NORBERT G. JAWORSKI, CLERK**

                              **s/Brenda K. Lowe, Deputy Clerk**

**APPROVED:**  <u>s/ J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **U.S. District Judge**